UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ANNA T.,** | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL NO. A-22-CV-00715-ADA |
| **GOLDEN RULE INSURANCE COMPANY, UNITEDHEALTHCARE INSURANCE COMPANY,** | § § § § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the stipulation of dismissal with prejudice signed by counsel for the plaintiff Anna T. and the defendants Golden Rule Insurance Company and UnitedHealthcare Insurance Company, it is hereby **ORDERED** that all claims, demands, debts, or causes of action asserted or assertable herein by and between the parties are **DISMISSED WITH PREJUDICE.** It is further **ORDERED** that all costs are taxed against the party incurring them.

**SIGNED** this 7th day of August, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE